# UNITED STATES BANKRUPTCY APPELLATE PANEL
## OF THE NINTH CIRCUIT

| | |
|---|---|
| In re:<br>JOSEPH MESSIAH WILLIAMS,<br>　　　　　　Debtor. | BAP No. MT-26-1115<br><br>Bk. No. 9:26-bk-90054-BPH |
| JOSEPH MESSIAH WILLIAMS,<br>　　　　　Appellant,<br>v.<br>CBB COLLECTIONS,<br>　　　　　Appellee. | **NOTICE RE PARTIES** |

On May 20, 2026, appellant Joseph Messiah Williams filed a notice of appeal (Bankruptcy Docket #35) of the Order granting in part damages for willful violation of the automatic stay (Bankruptcy Docket #34). The notice of appeal does not expressly identify the parties to the appeal.

The Order awarded damages in favor of appellant and against CBB Collections for willful violation of the automatic stay. Reid J. Perkins, Esq. represented CBB Collections at the bankruptcy court. (Bankruptcy Docket #25). Accordingly, the Panel has listed CBB Collections as the appellee represented by Reid J. Perkins, Esq.

Any party who disagrees with the listing of parties as outlined herein or who believes any other appellee should be added to this appeal shall file a response no later than **June 4, 2026,** providing the full name of each such party and the address, telephone number, and email address for any such party who is not represented by counsel, or, if represented by counsel, the counsel's name, address, telephone number, and email address. Any counsel who does not represent the party for whom they have been identified shall file a response indicating such and providing alternate

counsel information or contact information for such client no later than **June 4, 2026.**

**FOR THE PANEL,**

*Susan M. Spraul*

Susan M. Spraul, Clerk of Court
