# U.S. Bankruptcy Appellate Panel
# of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
(626) 229-7220

**To:** Joseph Messiah Williams
3970 Mullan Rd.
Missoula, MT 59808

**From:** Cecil Lizandro Silva, Deputy Clerk

**Date:** May 21, 2026

**Case Name:** Joseph Messiah Williams

**BAP No:** MT-26-1115

**Bankruptcy No:** 9:26-bk-90054-BPH

**Adversary No:**

**Subject: NOTICE OF DEFICIENT APPEAL AND IMPENDING DISMISSAL**

YOU MUST FILE A RESPONSE TO THIS NOTICE WITH THE BAP CLERK'S OFFICE BY **JUNE 4, 2026** OR YOUR APPEAL MAY BE DISMISSED FOR LACK OF PROSECUTION.

A review of the documents in this appeal reveals a deficiency which could result in dismissal. This appeal appears to be defective for the following reasons:

LACK OF PROSECUTION BY THE APPELLANT

It appears that the Appellant has failed to:

- Pay the filing and docketing fees [28 U.S.C. Sec. 1930(b) and (c)].

For all types of deficiencies other than failure to file transcript(s), when you respond to this notice of deficient appeal, your response must state when you filed in the bankruptcy court the missing items.

Therefore, this appeal may be **DISMISSED** unless, by **June 4, 2026**, the Appellant provides an adequate legal explanation as to why the appeal should not be dismissed. Any legal explanation should discuss why the Panel should or should not impose alternative sanctions to dismissal and the relative culpability between the Appellant and his or her attorney. All responses should include proof of service on opposing counsel or parties if not represented by counsel.

**cc:** All other parties

CERTIFICATE OF MAILING

The undersigned, deputy clerk of the U.S. Bankruptcy Appellate Panel of the Ninth Circuit, hereby certifies that a copy of the document on which this certificate appears was transmitted this date to all parties of record to this appeal.

**By:** Cecil Lizandro Silva, Deputy Clerk

**Date:** May 21, 2026