FILED

MAY 21 2026

SUSAN M. SPRAUL,
CLERK
U.S. BKCY. APP. PANEL

# UNITED STATES BANKRUPTCY APPELLATE PANEL
# OF THE NINTH CIRCUIT

| | |
|---|---|
| In re:<br>JOSEPH MESSIAH WILLIAMS,<br>　　　　　　Debtor. | BAP No. MT-26-1115<br><br>Bk. No. 9:26-bk-90054-BPH |
| JOSEPH MESSIAH WILLIAMS,<br>　　　　　　Appellant,<br>v.<br>CBB COLLECTIONS,<br>　　　　　　Appellee. | **BRIEFING ORDER** |

On May 18, 2026, the bankruptcy court entered an order granting in part and denying in part an emergency motion for sanctions for violation of the automatic stay. Bankruptcy Court Docket at 34 (Order). On May 20, 2026, debtor Joseph Messiah Williams filed a notice of appeal and an opening brief with respect to the order. Bankruptcy Court Docket at 35 (Notice of Appeal and Brief). The notice of appeal was transmitted to the Bankruptcy Appellate Panel (BAP) and assigned BAP Appeal No. MT-26-1115.

The opening brief is ACCEPTED FOR FILING.

The Panel will waive the requirement of Fed. R. Bankr. P. 8018(b) that the appellant file and serve excerpts of the record. However, appellant must file a copy of any transcript necessary for the determination of this appeal no later than **Monday, June 22, 2026**.

If appellant does not file a transcript, the Panel may assume that there is nothing in the transcript that appellant believes will help their position on appeal and may either dismiss or summarily affirm the appeal for failure to provide the transcript. 9th Cir. BAP R. 8009-1; *Gionis v. Wayne*

*(In re Gionis)*, 170 B.R. 675, 680-81 (9th Cir. BAP 1994). *State of California v. Yun (In re Yun)*, 476 B.R. 243, 253-54 (9th Cir. BAP 2012).

A briefing schedule will be issued concurrently with the entry of this order. Appellee's responsive brief and excerpts of the record (if desired) must be filed no later than **Monday, July 6, 2026**.

**FOR THE PANEL,**

*Susan M. Spraul*

Susan M. Spraul, Clerk of Court